UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-460-1FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ROBERT BRITT | |

On motion of the Defendant, Robert Britt, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #35 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 26th day of July, 2019.

LOUISE WOOD FLANAGAN
United States District Judge